TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00125-CR

The State of Texas, Appellant

v.

Levar D. Beckwith, Appellee

FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT

NO. 19,746, HONORABLE CHARLES E. LANCE, JUDGE PRESIDING

PER CURIAM

The State's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.

Before Justices Jones, B. A. Smith and Yeakel

Dismissed on State's Motion

Filed: April 22, 1999

Do Not Publish